In the United States District Court

For the Southern District of Alabama

Michael Edward Traver.

Vs.

The United States of America

Civil Lawsuit based upon Constitional Breaches.

1. I was sent to Lexington Ky. Federal Medical Prison for a mental health evaluation. The test came back that I had no mental health Issues and was competent.
2. Upon my release from custody I was ordered to take mental health medication.
3. I did not comply with this based on the facts that I am a free person of sound mind and not unconcious.
4. When I refused I was violated and sent back to prison for 20 months which is illegal. Based upon the fact that I was found competent. And medicine cannot be forced upon me.
5. Also I spent 6 months in county while the Marshalls forgot about me and so did my former attorney.
6. Then we get to the 8 months I spent extra in prison to a felony conviction which was sealed and used against me which is illegal.

I am demanding an immediate removal of my record and the compensation 45 million dollars for pain and suffering and embarrassment and time lost since my rights were violated and I was unlawfully held and detained against my will which violates the Geneva Convention.

Thank You for your time.

Michael Edward Traver.